

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Manuel Santiago-Negron a/k/a      * From the 35th District Court
Juan Manuel Santiago-Negron           of Brown County,
a/k/a Juan Negron-Santiago, Jr.,        Trial Court No. CR27487.

Vs. No. 11-22-00315-CR            * April 4, 2024

The State of Texas,                * Memorandum Opinion by Bailey, C.J.
                                      (Panel consists of: Bailey, C.J.,
                                      Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.